RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/26/08
                    6B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| STEVEN CLINTON OTTERSTATTER | CIVIL ACTION NO. 08-0408 |
| VS. | JUDGE DOHERTY |
| RAMONE SONNIER<br>THE CITY OF EUNICE | MAGISTRATE JUDGE METHVIN |

## RULING

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that defendants' Motion to Strike Penalty, Punitive or Exemplary Damages for all claims against the City of Eunice and Officer Ramone Sonnier in his official capacity of is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants' Motion to Strike Penalty, Punitive or Exemplary Damages for any state law claims against Officer Sonnier in his individual capacity is GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion to Strike Penalty, Punitive or Exemplary Damages for § 1983 claims against Officer Ramone Sonnier in his individual capacity is DENIED.

Lafayette, Louisiana this 24 day of June, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT